No. 92–1060.  OSTERBROCK *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 92–1064.  ANDERSON ET AL. *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 92–1065.  ROGERS *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 92–1068.  CITY OF SOUTH SIOUX CITY, NEBRASKA *v.* SIOUX CITY FOUNDRY CO.  C. A. 8th Cir.  Certiorari denied.

No. 92–1071.  BOZAROV *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 92–1072.  WEAVER ET AL. *v.* STEGER ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 92–1073.  CENTRAL GULF LINES, INC., ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 92–1075.  GARNER *v.* COLORADO STATE DEPARTMENT OF PERSONNEL ET AL.  Ct. App. Colo.  Certiorari denied.

No. 92–1080.  STEPHENSON *v.* MCLEAN CONTRACTING CO., INC.  C. A. 4th Cir.  Certiorari denied.

No. 92–1082.  BLACK & DECKER, INC. *v.* ROSS.  C. A. 7th Cir. Certiorari denied.

No. 92–1086.  THOMAS *v.* CITY OF HOUSTON, TEXAS.  C. A. 5th Cir.  Certiorari denied.

No. 92–1087.  PERELLA *v.* COLONIAL TRANSIT, INC., AKA COLO-NIAL TAXI CO., INC., ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 92–1091.  HOLDING *v.* BROTHERS ET AL.  Sup. Ct. Va.  Certiorari denied.

No. 92–1092.  DIVERSIFIED INVESTMENT PROPERTIES, INC., ET AL. *v.* HOMART DEVELOPMENT CO.  C. A. 11th Cir.  Certiorari denied.